## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

MARINA D. KOLCHINSKY and )
LIDIA L. KOLCHINSKY, )
                                        Plaintiffs, )
    v. )
                                             ) No. 1:15-cv-10544
WILLIAM G. BENTLEY and )
BILL BENTLEY TRUCKING LLC, ) Honorable Matthew F. Kennelly
                                        Defendants. )

### AMENDED COMPLAINT

NOW COME Plaintiffs, MARINA D. KOLCHINSKY and LIDIA L. KOLCHINSKY, by and through their attorneys, Todd R. Korb, of HUPY & ABRAHAM, and complaining against Defendants, WILLIAM G. BENTLEY and BILL BENTLEY TRUCKING LLC, state as follows:

### JURISDICTION AND VENUE

1. That Subject Matter Jurisdiction is proper pursuant to 28 U.S.C. § 1332 because the Plaintiffs and Defendants are domiciled and/or incorporated in different states.

2. That Venue is present in this District pursuant to 28 U.S.C. § 1391(b)(2).

### DOMICILE

1. That the Plaintiff, MARINA D. KOLCHINSKY, is an adult resident and domiciled in the City and County of Milwaukee, Wisconsin, currently residing 3287 North Shepard Avenue, Zip Code 53211.

2. That the Plaintiff, LIDIA L. KOLCHINSKY, is an adult resident and domiciled in the City and County of Milwaukee, Wisconsin, currently residing 3287 North Shepard Avenue, Zip Code 53211.

3. That the Defendant, WILLIAM G. BENTLEY, is an adult resident and domiciled in the City and County of Denver, Colorado, currently residing 5011 Bryant Street, Zip Code 80221.

4. That the Defendant, BILL BENTLEY TRUCKING LLC, is a foreign corporation organized, domiciled, and existing under the laws of Colorado, with the mailing address for its principal place of business located at 5011 Bryant Street, Denver, Colorado, Zip Code 80221; that the registered agent for the Defendant, BILL BENTLEY TRUCKING LLC, is WILLIAM G. BENTLEY, also located at 5011 Bryant Street, Denver, Colorado, Zip Code 80221; that the Defendant, BILL BENTLEY TRUCKING LLC, employed the Defendant, WILLIAM G. BENTLEY, at the time of the accident described herein; and that the Defendant, BILL BENTLEY TRUCKING LLC, is a named Defendant herein pursuant to the theory of *Respondeat Superior*, in that it is liable for the actions of its agents and employees while in the course and scope of their employment.

## COMMON ALLEGATIONS

1. That the events complained of took place on or about October 5, 2015, in Cook County, Illinois.

2. Plaintiff, MARINA D. KOLCHINSKY, was the driver of a motor vehicle traveling southbound on Interstate 94, at or near its intersection with Old Orchard Road, in Cook County, Illinois.

3. Plaintiff, LIDIA L. KOLCHINSKY, was the passenger of a motor vehicle traveling southbound on Interstate 94, at or near its intersection with Old Orchard Road, in Cook County, Illinois.

4. Defendant, WILLIAM B. BENTLEY, was the driver of a motor vehicle traveling southbound on Interstate 94, at or near its intersection with Old Orchard Road, in Cook County, Illinois.

5. The aforementioned motor vehicle operated by Defendant, WILLIAM B. BENTLEY, was owned by Defendant, BILL BENTLEY TRUCKING LLC.

## COUNT I

### Miriam M. Porush v. William G. Bentley – Negligence

1. – 5. Plaintiff, MARINA D. KOLCHINSKY, repeats and re-alleges Paragraphs 1 through 5 of Common Allegations and states as follows:

6. At all times herein, Defendant, WILLIAM G. BENTLEY, owed a duty to Plaintiff to exercise reasonable care in the operation of his motor vehicle.

7. In colliding with Plaintiff's motor vehicle, Defendant, WILLIAM G. BENTLEY, breached his duty to Plaintiff and was guilty of one or more of the following negligent acts or omissions:

   a) Failed to decrease the speed of his automobile as necessary to avoid colliding with a vehicle on said roadway, in violation of 625 ILCS 5/11-601.

   b) Followed Plaintiff's vehicle more closely than was reasonable and prudent given traffic and conditions of said roadway, in violation of Sec. 11-710 of the Illinois Vehicle Code, 625 ILCS 5/11-710.

   c) Failed to keep his automobile under safe and proper control.

   d) Failed to keep a proper lookout ahead for other motor vehicles.

   e) Was otherwise negligent.

8. As a direct and proximate result of one or more of the acts of negligence of Defendant, WILLIAM G. BENTLEY, Plaintiff was seriously injured.

9. Plaintiff, MARINA D. KOLCHINSKY, suffered injuries to her entire body. Plaintiff, MARINA D. KOLCHINSKY, has endured pain and suffering in the past and will have pain and suffering in the future; she has incurred and will incur medical expenses, all as a result of the injuries received.

10. Plaintiff has lost work wages as a result of the injuries received.

WHEREFORE, Plaintiff, MARINA D. KOLCHINSKY, prays this Honorable Court:

1. That Plaintiff have and recover a judgment against Defendant, WILLIAM G. BENTLEY, in an amount in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00) for personal injuries.

2. That the costs of this action be taxed against the Defendant.

3. For other and further relief as the Court may deem just and proper.

## COUNT II

**Marina D. Kolchinsky v. Bill Bentley Trucking LLC – Respondeat Superior**

1. - 5. Plaintiff, MARINA D. KOLCHINSKY, repeats and re-alleges Paragraphs 1 through 5 of Common Allegations and states as follows:

6. Defendant, WILLIAM G. BENTLEY, was operating his automobile as an apparent and/or authorized agent and/or employee of the vehicle owner, Defendant, BILL BENTLEY TRUCKING LLC.

4

7. At the time of the collision with Plaintiff as heretofore described, Defendant, WILLIAM G. BENTLEY, was acting within the scope of his employment with Defendant, BILL BENTLEY TRUCKING LLC.

8. At the time of the collision with Plaintiff as heretofore described, Defendant's, WILLIAM G. BENTLEY, purpose of travel was for the benefit of Defendant, BILL BENTLEY TRUCKING LLC, and related to his employment with Defendant, BILL BENTLEY TRUCKING LLC.

9. At said time and place, and at the time of the collision with Plaintiff as heretofore described, the Defendant, WILLIAM G. BENTLEY, was the permissive driver of a motor vehicle owned by the Defendant, BILL BENTLEY TRUCKING LLC.

10. Defendant, WILLIAM G. BENTLEY, was operating said vehicle with the full knowledge and consent of the vehicle owner, Defendant, BILL BENTLEY TRUCKING LLC.

11. In colliding with Plaintiff's motor vehicle, Defendant, BILL BENTLEY TRUCKING LLC, through its agency of Defendant, WILLIAM G. BENTLEY, breached its duty to Plaintiff and was guilty of one or more of the following negligent acts or omissions:

    a) Failed to decrease the speed of its automobile as necessary to avoid colliding with a vehicle on said roadway, in violation of 625 ILCS 5/11-601.

    b) Followed Plaintiff's vehicle more closely than was reasonable and prudent given traffic and conditions of said roadway, in violation of Sec. 11-710 of the Illinois Vehicle Code, 625 ILCS 5/11-710.

      c)      Failed to keep its automobile under safe and proper control.

      d)      Failed to keep a proper lookout ahead for other motor vehicles.

      e)      Was otherwise negligent.

12.    As a direct and proximate result of one or more of the acts of negligence of Defendant, BILL BENTLEY TRUCKING LLC, through its agency of Defendant, WILLIAM G. BENTLEY, Plaintiff was seriously injured.

13.    Plaintiff, MARINA D. KOLCHINSKY, suffered injuries to her entire body. Plaintiff, MARINA D. KOLCHINSKY, has endured pain and suffering in the past and will have pain and suffering in the future; he has incurred and will incur medical expenses, all as a result of the injuries received.

14.    Plaintiff has lost work wages as a result of the injuries received.

WHEREFORE, Plaintiff, MARINA D. KOLCHINSKY, prays this Honorable Court:

    1.    That Plaintiff have and recover a judgment against Defendant, BILL BENTLEY TRUCKING LLC, in an amount in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00) for personal injuries.

    2.    That the costs of this action be taxed against the Defendant.

    3.    For other and further relief as the Court may deem just and proper.

## COUNT III

### Lidia L. Kolchinsky v. William G. Bentley – Negligence

1. – 5.    Plaintiff, LIDIA L. KOLCHINSKY, repeats and re-alleges Paragraphs 1 through 5 of Common Allegations and states as follows:

6. At all times herein, Defendant, WILLIAM G. BENTLEY, owed a duty to Plaintiff to exercise reasonable care in the operation of his motor vehicle.

7. In colliding with Plaintiff's motor vehicle, Defendant, WILLIAM G. BENTLEY, breached his duty to Plaintiff and was guilty of one or more of the following negligent acts or omissions:

    a) Failed to decrease the speed of his automobile as necessary to avoid colliding with a vehicle on said roadway, in violation of 625 ILCS 5/11-601.

    b) Followed Plaintiff's vehicle more closely than was reasonable and prudent given traffic and conditions of said roadway, in violation of Sec. 11-710 of the Illinois Vehicle Code, 625 ILCS 5/11-710.

    c) Failed to keep his automobile under safe and proper control.

    d) Failed to keep a proper lookout ahead for other motor vehicles.

    e) Was otherwise negligent.

8. As a direct and proximate result of one or more of the acts of negligence of Defendant, WILLIAM G. BENTLEY, Plaintiff was seriously injured.

9. Plaintiff, LIDIA L. KOLCHINSKY, suffered injuries to her leg, back, neck, head, and other parts of her body. Plaintiff, LIDIA L. KOLCHINSKY, has endured pain and suffering in the past and will have pain and suffering in the future; she has incurred and will incur medical expenses, all as a result of the injuries received.

10. Plaintiff has lost work wages as a result of the injuries received.

WHEREFORE, Plaintiff, LIDIA L. KOLCHINSKY, prays this Honorable Court:

1. That Plaintiff have and recover a judgment against Defendant, WILLIAM G. BENTLEY, in an amount in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00) for personal injuries.

2. That the costs of this action be taxed against the Defendant.

3. For other and further relief as the Court may deem just and proper.

**COUNT IV**

**Lidia L. Kolchinsky v. Bill Bentley Trucking LLC – Respondeat Superior**

1. - 5. Plaintiff, LIDIA L. KOLCHINSKY, repeats and re-alleges Paragraphs 1 through 5 of Common Allegations and states as follows:

6. Defendant, WILLIAM G. BENTLEY, was operating his automobile as an apparent and/or authorized agent and/or employee of the vehicle owner, Defendant, BILL BENTLEY TRUCKING LLC.

7. At the time of the collision with Plaintiff as heretofore described, Defendant, WILLIAM G. BENTLEY, was acting within the scope of his employment with Defendant, BILL BENTLEY TRUCKING LLC.

8. At the time of the collision with Plaintiff as heretofore described, Defendant's, WILLIAM G. BENTLEY, purpose of travel was for the benefit of Defendant, BILL BENTLEY TRUCKING LLC, and related to his employment with Defendant, BILL BENTLEY TRUCKING LLC.

9. At said time and place, and at the time of the collision with Plaintiff as heretofore described, the Defendant, WILLIAM G. BENTLEY, was the permissive driver of a motor vehicle owned by the Defendant, BILL BENTLEY TRUCKING LLC.

10. Defendant, WILLIAM G. BENTLEY, was operating said vehicle with the full knowledge and consent of the vehicle owner, Defendant, BILL BENTLEY TRUCKING LLC.

11. In colliding with Plaintiff's motor vehicle, Defendant, BILL BENTLEY TRUCKING LLC, through its agency of Defendant, WILLIAM G. BENTLEY, breached its duty to Plaintiff and was guilty of one or more of the following negligent acts or omissions:

- a) Failed to decrease the speed of its automobile as necessary to avoid colliding with a vehicle on said roadway, in violation of 625 ILCS 5/11-601.
- b) Followed Plaintiff's vehicle more closely than was reasonable and prudent given traffic and conditions of said roadway, in violation of Sec. 11-710 of the Illinois Vehicle Code, 625 ILCS 5/11-710.
- c) Failed to keep its automobile under safe and proper control.
- d) Failed to keep a proper lookout ahead for other motor vehicles.
- e) Was otherwise negligent.

12. As a direct and proximate result of one or more of the acts of negligence of Defendant, BILL BENTLEY TRUCKING LLC, through its agency of Defendant, WILLIAM G. BENTLEY, Plaintiff was seriously injured.

13. Plaintiff, LIDIA L. KOLCHINSKY, suffered injuries to her leg, back, neck, head, and other parts of her body. Plaintiff, LIDIA L. KOLCHINSKY, has endured pain and suffering in the past and will have pain and suffering in the future; he has incurred and will incur medical expenses, all as a result of the injuries received.

9

14. Plaintiff has lost work wages as a result of the injuries received.

WHEREFORE, Plaintiff, LIDIA L. KOLCHINSKY, prays this Honorable Court:

1. That Plaintiff have and recover a judgment against Defendant, BILL BENTLEY TRUCKING LLC, in an amount in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00) for personal injuries.

2. That the costs of this action be taxed against the Defendant.

3. For other and further relief as the Court may deem just and proper.

## JURY DEMAND

**PLEASE TAKE NOTICE** that the Plaintiffs in the above-entitled action hereby demand a trial by jury.

Respectfully submitted,
MARINA D. KOLCHINSKY and
LIDIA L. KOLCHINSKY, Plaintiffs


By: ___s/ Todd R. Korb___
Todd R. Korb
ATTY # 1026950
HUPY AND ABRAHAM, S.C.

Todd R. Korb
Michael F. Hupy
HUPY & ABRAHAM, S.C.
111 East Kilbourn Avenue
Suite 1100
Milwaukee, Wisconsin 53202
(414) 223-4800
(414) 271-3374 (fax)

Attorney I.D.: 1026950