UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARINA D. KOLCHINSKY and <br> LIDIA L. KOLCHINSKY, <br> <br> Plaintiffs, <br> v. <br> <br> WILLIAM G. BENTLEY, <br> BILL BENTLEY TRUCKING LLC, <br> WD LOGISTICS LLC, and <br> WESTERN DAIRY TRANSPORT, LLC, <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:15-cv-10544 <br> ) <br> ) <br> ) <br> ) <br> ) Honorable Matthew F. Kennelly <br> ) <br> ) |

## THIRD AMENDED COMPLAINT

NOW COME Plaintiffs, MARINA D. KOLCHINSKY and LIDIA L. KOLCHINSKY, by and through their attorneys, Eugene Bykhovsky of BYKHOVSKY LAW LLC, and complaining against Defendants, WILLIAM G. BENTLEY. BILL BENTLEY TRUCKING LLC, WD LOGISTICS LLC and WESTERN DAIRY TRASNPORT, LLC, state as follows:

### JURISDICTION AND VENUE

1. That Subject Matter Jurisdiction is proper pursuant to 28 U.S.C. § 1332 because the Plaintiffs and Defendants are domiciled and/or incorporated in different states.

2. That Venue is present in this District pursuant to 28 U.S.C. § 1391 (b)(2).

### DOMICILE

1. That the Plaintiff, MARINA D. KOLCHINSKY, is an adult resident and domiciled in the City and County of Milwaukee, Wisconsin, currently residing and domiciled in the City and

1

County of Milwaukee, Wisconsin, currently residing 3287 North Shepard Avenue, Zip Code 53211.

2. That the Plaintiff, LIDIA L.KOLCHINSKY, is and adult resident and domiciled in the City and County of Milwaukee, Wisconsin, currently residing 3287 North Shepard Avenue, Zip Code 53211.

3. That the Defendant WILLIAM G. BENTLEY, is an adult resident and domiciled in the City and County of Denver, Colorado, currently residing 5011 Bryant Street, Zip Code 80221.

4. That the Defendant, BILL BENTLEY TRUCKING LLC, is a foreign corporation organized, domiciled, and existing under the laws of Colorado, with the mailing address for its principal place of business and place of domicile located at 5011 Bryant Street, Denver, Colorado, Zip Code 80221; that the registered agent for the Defendant, BILL BENTLEY TRUCKING LLC, is WILLIAM G. BENTLEY, also located at 5011 Bryant Street, Denver Colorado, Zip Code 80221; that the Defendant, BILL BENTLEY TRUCKING LLC, employed the defendant, WILLIAM G. BENTLEY, at the time of accident described herein; and that the Defendant, BILL BENTLEY TRUCKING LLC, is named a named Defendant herein pursuant to the theory of *Respondeat Superior*, in that it is liable for the actions of its agents and employees while in the course and scope of their employment.

5. That the Defendant, WD LOGISTICS, LLC, is a foreign limited liability company organized, domiciled, and existing under the laws of Delaware, with its principal place of business and place of domicile located at 910 Shelton Drive, Cabool, Missouri, Zip Code 65689; that the registered agent for the Defendant, WD LOGISTICS, LLC, is James C. Dixon, also located at 910 Shelton Drive, Cabool, Missouri, Zip Code 65689; that the Defendant, WD LOGISTICS, LLC, was the freight broker that employed the Defendant, BILL BENTLEY

TRUCKING LLC, at the time of the accident described herein; and that the Defendant, WD LOGISTICS, LLC, is named Defendant herein pursuant to the theory of *Respondeat Superior*, in that it is liable for the actions of its agents and employees while in the course and scope of their employment.

6.     That the Defendant, WESTERN DAIRY TRANSPORT, LLC, is a foreign limited liability company organized, domiciled, and existing under the laws of Delaware, with its principal place of business and place of domicile located at 910 Shelton Drive, Cabool, Missouri, Zip Code 65689; that the registered agent for the Defendant, WESTERN DAIRYTRANSPORT, LLC, is James C. Dixon, also located at 910 Shelton Drive, Cabool, Missouri, Zip Code 65689; that at all times relevant to this complaint the Defendant, WESTERN DAIRY TRASNPORT, LLC, and Defendant WD LOGISTICS LLC were engaged in a joint venture, and pursuant to said venture, employed the Defendant, BILL BENTLEY TRUCKING LLC, at the time of the accident described herein; and that the Defendant, WESTERN DAIRY TRASNPORT, LLC, is named Defendant herein pursuant to the theory of *Respondeat Superior*, in that it is liable for the actions of its agents and employees while in the course and scope of their employment.

## COMMON ALLEGATIONS

1.     That the events complained of took place on or about October 5, 2014, in Cook County, Illinois.

2.     Plaintiff, MARINA D. KOLCHINSKY, was the driver of a motor vehicle traveling southbound on Interstate 94, at or near its intersection with Old Orchard Road, in Cook County, Illinois.

3. Plaintiff, LIDIA L. KOLCHINSKY, was the passenger of a motor vehicle traveling southbound on Interstate 94, at or near its intersection with Old Orchard Road, in Cook County, Illinois.

4. Defendant, WILLIAM B. BENTLEY, was the driver of a motor vehicle traveling southbound on Interstate 94, at or near its intersection with Old Orchard Road, in Cook County, Illinois.

5. The aforementioned motor vehicle operated by Defendant, WILLIAM B. BENTLEY, was owned by Defendant, BILL BENTLEY TRUCKING LLC.

6. The aforementioned motor vehicle operated by Defendant, WILLIAM B. BNTLEY, was an agent of Defendants, WD LOGISTICS LLC and WESTERN DAIRY TRASNPORT LLC.

## COUNT I

### Marina D. Kolchinsky v. William G. Bentley- Negligence

7. Plaintiff, MARINA D. KOLCHINSKY, repeats and re-alleges Paragraphs 1 through 6 of Common Allegations and states as follows:

8. At all times relevant herein, Defendant, WILLIAM G. BENTLEY, owed a duty to Plaintiff to exercise reasonable care in the operation of his motor vehicle.

9. In colliding with Plaintiff's motor vehicle, Defendant, WILLIAM G. BENTLEY, breached his duty to Plaintiff and was guilty of one or more of the following negligent acts or omissions:

   a) Failed to decrease the speed of his automobile as necessary to avoid colliding with a vehicle on said roadway, in violation of 625 ILCS 5/11-601.

    b)    Followed Plaintiff's vehicle more closely than was reasonable and prudent given traffic and conditions of said roadway, in violation of Sec. 11-710 of the Illinois Vehicle Code, 625 ILCS 5/11-710.

    c)    Failed to keep his automobile under safe and proper control.

    d)    Failed to keep a proper lookout ahead for other motor vehicles.

    e)    Was otherwise negligent.

10.    As a direct and proximate result of one or more of the acts of negligence of Defendant, WILLIAM G. BENTLEY, Plaintiff was seriously injured.

11.    Plaintiff, MARINA D. KOLCHINKKY, suffered injuries to her entire body. Plaintiff, MARINA D. KOLCHINKSY, has endured pain and suffering in the past and will have pain and suffering in the future; she has incurred and will incur medical expenses as well as personal care costs, all as a result of the injuries caused by Defendant Bentley's negligence.

12.    Plaintiff MARINA D. KOLCHINKKY has lost work wages as a result of the injuries received.

    WHEREFORE, Plaintiff, MARINA D. KOLCHINSKY, prays this Honorable Court:

1.    That Plaintiff have and recover a judgment against Defendant, WILLIAM G. BENTLEY, in an amount in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00) for personal injuries.

2.    That the costs of this action be taxed against the Defendant.

3.    For other and further relief as the Court may deem just and proper.

## COUNT II

**Marina D. Kolchinsky v. Bill Bentley Trucking LLC, - Respondeat Superior**

13. Plaintiff, MARINA D. KOLCHINKSY, repeats and re-alleges Paragraphs 1 through 12 of this Complaint and states as follows:

14. Defendant, WILLIAM G. BENTLEY, was operating his automobile as an apparent and/or authorized agent and/or employee of the vehicle owner, Defendant, BILL BENTLEY TRUCKING, LLC.

15. At the time of the collision with Plaintiff as hereto described, Defendant, WILLIAM G. BENTLEY, was acting within the scope of his employment with Defendant, BILL BENTLEY TRUCKING LLC.

16. At the time of the collision with Plaintiff as heretofore described, Defendant's WILLIAM G. BENTLEY, purpose of travel was for the benefit of Defendant, BILL BENTLEY TRUCKING LLC, and related to his employment with Defendant, BILL BENTLEY TUCKING LLC.

17. At said time and place, and at the time of the collision with Plaintiff as heretofore described, the Defendant, WILLIAM G BENTLEY, was the permissive driver of a motor vehicle owned by the Defendant, BILL BENTLEY TRUCKING LLC.

18. Defendant WILLIAM G. BENTLEY, was operating said vehicle with the full knowledge and consent of the vehicle owner, Defendant, BILL BENTLEY TRUCKING LLC.

19. In colliding with Plaintiff's motor vehicle, Defendant, BILL BENTLEY TRUCKING LLC, through its agency of Defendant, WILLIAM G. BENTLEY, breached its duty to Plaintiff and Failed to keep a proper lookout ahead for other motor vehicles.

20. As a direct and proximate result of one or more of the acts of negligence of Defendant, BILL BENTLEY TRUCKING LLC, through its agency of Defendant, WILLIAM G. BENTLEY, Plaintiff was injured and sustained damages as previously described herein.

WHEREFORE, Plaintiff, MARINA D. KOLCHINSKY, prays this Honorable Court:

1. That Plaintiff have and recover a judgment against Defendant, BILL BENTLEY TRUCKING LLC, in an amount in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00) for personal injuries.

2. That the costs of this action be taxed against the Defendant.

3. For other and further relief as the Court may deem just and proper.

## COUNT III

### Marina D. Kolchinsky v. WD LOGISTICS LLC and WESTERN DAIRY TRANSPORT LLC – Respondeat Superior and Vicarious Liabiity

21. Plaintiff, MARINA D. KOLCHINKSY, repeats and re-alleges Paragraphs 1 through 20 of this Complaint and states as follows:

22. At all times relevant to this complaint Defendants WILLIAM BENTLEY and BILL BENTLEY TRUCKING LLC were agents and/or employees of Defendants WD LOGISTICS LLC and WESTERN DAIRY TRANSPORT LLC. Said Agency relationship existed based, without exclusion, on the following:

    a) WD LOGISTICS LLC was the exclusive employer of Defendant BENTLEY's and Defendant BILL BENTLEY TRANSPORTATION LLC's services.

    b) WD LOGISTICS LLC exercised control, including imposition of monetary sanctions, over the manner in which Defendant BENTLEY and Defendant BILL BENTLEY TRANSPORTATION LLC performed their cargo transportation services.

    c) WD LOGISTICS LLC acted in the capacity of a Motor Carrier, as that term is defined in 49 U.S.C. § 13102(14) and was engaged in the same or substantially similar business as its agents Defendant BENTLEY and Defendant BILL BENTLEY

TRANSPORTATION LLC, and is vicariously liable for the negligence of its agents and sub-haulers such as Defendant BENTLEY and Defendant BILL BENTLEY TRANSPORTATION LLC.

   d) Defendant WD LOGISTICS LLC provided equipment (the Trailer) to its agents Defendant BENTLEY and Defendant BILL BENTLEY TRANSPORTATION LLC, which was necessary for their performance of the transportation services at issue in this action.

   e) Pursuant to 49 C.F.R. §390.5 Defendant BENTLEY's and Defendant BILL BENTLEY TRANSPORTATION LLC are deemed to be employees of WD LOGISTICS LLC and WD LOGISTICS LLC is deemed to be the employer of Defendant BENTLEY and Defendant BILL BENTLEY TRANSPORTATION LLC.

23. At the time of the collision with Plaintiff as hereto described, Defendant, WILLIAM G. BENTLEY and Defendant BILL BENTLEY TRANSPORTATION LLC, were acting within the scope of their employment with Defendant, WD LOGISTICS LLC., and for their benefit.

24. At all times relevant to this action, Defendants WD LOGISTICS LLC and WESTRN DAIRY TRANSPORT LLC were engaged in a joint venture, which resulted in the hiring of Defendant WILLIAM BENTLEY and Defendant BILL BENTLEY TRANSPORTATION LLC.

25. At the time of the collision with Plaintiff as heretofore described, Defendant WILLIAM G. BENTLEY, was operating the tractor-trailer with the full knowledge and consent of WD LOGISTICS LLC.

26. In colliding with Plaintiff's motor vehicle, Defendants, WD LOGISTICS LLC and WESTERN DAIRY TRANSPORT LLC, through its agency of Defendants, WILLIAM G. BENTLEY and BILL BENTLEY TRUCKING LLC, are vicariously liable for the negligence

and omissions of its agents and/or employees, and are vicariously liable to the Plaintiff for her injuries and damages caused by said negligence, as set forth herein.

WHEREFORE, Plaintiff, MARINA D. KOLCHINSKY, prays this Honorable Court:

1. That Plaintiff have and recover a judgment against Defendants, WD LOGISTICS LLC and WESTERN DAIRY TRANSPORT LLC, jointly and severally, in an amount in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00) for personal injuries.

2. That the costs of this action be taxed against the Defendants.

3. For other and further relief as the Court may deem just and proper.

## COUNT IV

### Lidia l. Kolchinsky v. William G. Bentley – Negligence

27. Plaintiff, LIDIA L. KOLCHINSKY, repeats and re-alleges Paragraphs 1 through 26 of this Complaint and states as follows:

28. At all times herein, Defendant, WILLIAM G. BENTLEY, owed a duty to Plaintiff to exercise reasonable care in the operation of his motor vehicle.

29. In colliding with Plaintiff's motor vehicle, Defendant, WILLIAM G. BENTLEY, breached his duty to Plaintiff and was guilty of one or more of the following negligent acts or omissions:

   a) Failed to decrease the speed of this automobile as necessary to avoid colliding with a vehicle on said roadway, violation of 625 ILCS 5/11-601.

   b) Followed Plaintiff's vehicle more closely than was reasonable and prudent given traffic and conditions of said roadway, in violation of Sec. 11-710 of the Illinois Vehicle Code, 625 ILCS 5/11-710.

    c)    Failed to keep his automobile under safe and proper control.

    d)    Failed to keep a proper lookout ahead for other motor vehicles.

    e)    Was otherwise negligent.

30. As a direct and proximate result of one or more of the acts of negligence of Defendant, WILLIAM G. BENTLEY, Plaintiff was seriously injured.

31. Plaintiff, LIDIA KOLCHINSKY, suffered injuries to her leg, back, neck, head, and other parts of her body. Plaintiff, LIDIA L. KOLCHINSKY, has endured pain and suffering in the past and will have pain and suffering in the future; she has incurred and will incur medical expenses, all as a result of the injuries received.

    WHEREFORE, Plaintiff, LIDIA L. KOLCHINSKY, prays this Honorable Court:

1. That Plaintiff have and recover a judgment against Defendant, WILLIAM G. BENTLEY, in an amount in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00) for personal injuries.
2. That the costs of this action be taxed against the Defendant.
3. For other and further relief as the Court may deem just and proper.

## COUNT V

**Lidia L. Kolchinsky v. Bill Bentley Trucking LLC- Respondent Superior**

32. Plaintiff, LIDIA L. KOLCHINSKY, repeats and re-alleges Paragraphs 1 through 31 of Common Allegations and states as follows:

33. Defendant, WILLIAM G. BENTLEY, was operating his automobile as an apparent and/or authorized agent and/or employee of the vehicle owner, Defendant, BILL BENTLEY TRUCKING LLC.

34. At the time of the collision with Plaintiff as heretofore described, Defendant, WILLIAM G. BENTLEY, was acting within the scope of his employment with Defendant, BILL BENTLEY TRUCKING LLC.

35. At the time of the collision with Plaintiff as heretofore described, Defendant's, WILLIAM G. BENTLEY, purpose of travel was for the benefit of Defendant, BILL BENTLEY TRUCKING LLC, and related to his employment with Defendant, BILL BENTLEY TRUCKING LLC.

36. At said time and place, and at the time of the collision with Plaintiff as heretofore described, the Defendant, WILLIAM G. BENTLEY, was the permissive driver of a motor vehicle owned by the Defendant, BILL BENTLEY TRUCKING LLC.

37. Defendant, WILLIAM G. BENTLEY, was operating said vehicle with the full knowledge and consent of the vehicle owner, Defendant, BILL BENTLEY TRUCKING LLC.

38. In colliding with Plaintiff's motor vehicle, Defendant, BILL BENTLEY TRUCKING LLC, through its agency of Defendant, WILLIAM G. BENTLEY, breached its duty to Plaintiff and Failed to keep a proper lookout ahead for other motor vehicles.

39. As a direct and proximate result of one or more of the acts of negligence of Defendant, BILL BENTLEY TRUCKING LLC, through its agency of Defendant, WILLIAM G. BENTLEY, Plaintiff was injured and sustained damages as previously described herein.

40. Plaintiff, LIDIA L. KOLCHINSKY, suffered injuries to her leg, back, neck, head and other parts of her body. Plaintiff, LIDIA L. KOLCHINSKY, has endured pain and suffering in the past and will have pain and suffering in the future; she has incurred and will incur medical expenses, all as a result of the injuries received.

    WHEREFORE, Plaintiff, LIDIA L. KOLCHINSKY, prays this Honorable Court:

1. That Plaintiff have and recover a judgment against Defendant, BILL BENTLEY TRCKING LLC, in an amount in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00) for personal injuries.

2. That the costs of this action be taxed against the Defendant.

3. For other and further relief as the Court may deem just and proper

**COUNT VI**

**Lidia L. Kolchinsky v. WD Logistics LLC and**

**Western Dairy Transport, LLC- Respondeat Superior and Vicarious Liability**

41. Plaintiff, LIDIA L. KOLCHINKSY, repeats and re-alleges Paragraphs 1 through 40 of this Complaint and states as follows:

42. At all times relevant to this complaint Defendants WILLIAM BENTLEY and BILL BENTLEY TRUCKING LLC were agents and/or employees of Defendants WD LOGISTICS LLC and WESTERN DAIRY TRANSPORT LLC. Said Agency relationship existed based, without exclusion, on the following:

    a) WD LOGISTICS LLC was the exclusive employer of Defendant BENTLEY's and Defendant BILL BENTLEY TRANSPORTATION LLC's services.

    b) WD LOGISTICS LLC exercised control, including imposition of monetary sanctions, over the manner in which Defendant BENTLEY and Defendant BILL BENTLEY TRANSPORTATION LLC performed their cargo transportation services.

    c) WD LOGISTICS LLC acted in the capacity of a Motor Carrier, as that term is defined in 49 U.S.C. § 13102(14) and was engaged in the same or substantially similar business as its agents Defendant BENTLEY and Defendant BILL BENTLEY TRANSPORTATION LLC, and is vicariously liable for the negligence of its agents and sub-

haulers such as Defendant BENTLEY and Defendant BILL BENTLEY TRANSPORTATION LLC.

      d)      Defendant WD LOGISTICS LLC provided equipment (the Trailer) to its agents Defendant BENTLEY and Defendant BILL BENTLEY TRANSPORTATION LLC, which was necessary for their performance of the transportation services at issue in this action.

      e)      Pursuant to 49 C.F.R. §390.5 Defendant BENTLEY's and Defendant BILL BENTLEY TRANSPORTATION LLC are deemed to be employees of WD LOGISTICS LLC and WD LOGISTICS LLC is deemed to be the employer of Defendant BENTLEY and Defendant BILL BENTLEY TRANSPORTATION LLC.

43.    At the time of the collision with Plaintiff as hereto described, Defendant, WILLIAM G. BENTLEY and Defendant BILL BENTLEY TRANSPORTATION LLC, were acting within the scope of their employment with Defendant, WD LOGISTICS LLC., and for their benefit.

44.    At all times relevant to this action, Defendants WD LOGISTICS LLC and WESTRN DAIRY TRANSPORT LLC were engaged in a joint venture, which resulted in the hiring of Defendant WILLIAM BENTLEY and Defendant BILL BENTLEY TRANSPORTATION LLC.

45.    At the time of the collision with Plaintiff as heretofore described, Defendant WILLIAM G. BENTLEY, was operating the tractor-trailer with the full knowledge and consent of WD LOGISTICS LLC.

46.    In colliding with Plaintiff's motor vehicle, Defendants, WD LOGISTICS LLC and WESTERN DAIRY TRANSPORT LLC, through its agency of Defendants, WILLIAM G. BENTLEY and BILL BENTLEY TRUCKING LLC, are vicariously liable for the negligence and omissions of its agents and/or employees, and are vicariously liable to the Plaintiff for her injuries and damages caused by said negligence, as set forth herein.

WHEREFORE, Plaintiff, LIDIA L. KOLCHINSKY, prays this Honorable Court:

1. That Plaintiff have and recover a judgment against Defendants, WD LOGISTICS LLC and WESTERN DAIRY TRANSPORT LLC, jointly and severally, in an amount in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00) for personal injuries.

2. That the costs of this action be taxed against the Defendants.

3. For other and further relief as the Court may deem just and proper.

## JURY DEMAND

**PLEASE TAKE NOTICE** that the Plaintiffs in the above-entitled action hereby demand a trial by jury.

Dated this 7th day of February 2018.

**BYKHOVSKY LAW LLC**
Attorneys for the Plaintiffs

_____
Eugene Bykhovsky
Wis. SBN 1046111
4465 N. Oakland Ave., Suite 110
Shorewood, WI 53211
(414) 616-1655 - t
(414) 755-1483 – f
Eugene@byklaw.com