# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**MARINA KOLCHINSKY, et al.,**

         **Plaintiffs,**

v.                                                    Case No. 1:15-CV-10544
                                                       Hon. Matthew F. Kennely

**WILLIAM BENTLEY, et al.,**

         **Defendants.**

## NOTICE OF APPEAL

Notice is hereby given that the plaintiffs Marina Kolchinsky and Lidia Kolchinsky in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on the 19th day of March 2019 granting defendants' WD Logistics LLC and Western Dairy Transport LLC motion for summary judgment.

Dated this 18th day of April 2019.

                                                          **BYKHOVSKY LAW LLC**
                                                          Attorneys for the Plaintiffs

                                                          _____
                                                          Eugene Bykhovsky
                                                         Wis. SBN 1046111
                                                         4465 N. Oakland Ave., Suite 110
                                                         Shorewood, WI 53211
                                                         (414) 616-1655 - t
                                                         (414) 755-1483 – f
                                                         Eugene@byklaw.com