# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Estate of Marina D. Kolchinsky and Lidia L. Kolchinsky, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>WILLIAM G. BENTLEY, )<br>BILL BENTLEY TRUCKING, LLC , and )<br>WESTERN DAIRY TRANSPORT, LLC., )<br>)<br>Defendants. ) | No. 1:15-cv-10544<br><br>Honorable Matthew F. Kennelly |

## AGREED DISMISSAL ORDER

This matter coming to be heard, the parties being in agreement and the Court being fully advised that this cause of action has been fully compromised and settled between Plaintiffs and Defendants, IT IS HEREBY ORDERED:

1. Pursuant to settlement, this matter is dismissed with prejudice as to all Defendants.

Date: Dec. 2, 2021

_____
**Judge**